IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



UNITED STATES OF AMERICA

v.

**SUPERSEDING INDICTMENT**
CRIMINAL NO. 1:20cr81-LG-RPM

HENRY ALEX SCHEPENS III, *et al.*

### ORDER GRANTING MOTION TO SEAL

For the reasons stated in the government's Motion to Seal, the Court grants the motion.

IT IS HEREBY ORDERED that the file and all documents filed herein including but not limited to the Indictment and Return be sealed, as well as the Motion and this Order to Seal.

IT IS FURTHER ORDERED that the U.S. Marshals Service and/or the United States Attorney's Office shall make copies of the indictment, warrant, and any related documents available to other federal, state, and local law enforcement agencies who request the same as needed to facilitate the arrest and detention of the Defendants.

ORDERED this 9th day of September, 2020.

_____
UNITED STATES MAGISTRATE JUDGE